**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| RONALD G. DANDAR, | : | No. 19 WAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of |
| | : | Commonwealth Court entered March |
| | : | 30, 2016 at No. 222 MD 2016. |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

AND NOW, this 22nd day of November, 2017, the Order of the Commonwealth Court is hereby **AFFIRMED**.

The "Motion to Modify and Correct Illegal Sentence Nunc Pro Tunc" is **DENIED**.